UNITED STATES of America,
Plaintiff–Appellee,

v.

Sung O. KWON, Defendant–Appellant.

No. 13–10229.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2014.

Filed Feb. 27, 2014.*

Paulette Lynn Stewart, Assistant U.S., Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Sung O. Kwon appeals from the 37–month sentence imposed following his guilty-plea conviction for importation of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Kwon contends that the district court erred by granting a two-level role adjust-

ment rather than a three- or four-level adjustment under U.S.S.G. § 3B1.2. We review for clear error. *See United States v. Tankersley,* 537 F.3d 1100, 1110 (9th Cir.2008). The district court did not clearly err because the record reflects that Kwon was entrusted with a substantial amount of methamphetamine, and he traveled from the Philippines to Guam on three occasions as a part of the criminal enterprise. *See United States v. Rodriguez–Castro,* 641 F.3d 1189, 1193 (9th Cir. 2011).

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.